374 A.2d 708

Commonwealth v. Prisk, Appellant.

610

Argued December 10, 1976. Benjamin Novak, Assistant Public Defender, with him Robert L. Martin, Public Defender, for appellant; Robert A. Mix, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.